AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. 1:25-cv-09104    DATE FILED 08/01/2025 | United States District Court<br>Northern District of Illinois |
| **PLAINTIFF**<br><br>GT LLC | **DEFENDANT**<br><br>The Partnerships Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1   See Attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | | **AUTHOR OF WORK** |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>Thomas G. Bruton | (BY) DEPUTY CLERK<br>R. Perez | DATE<br>8/04/2025 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# **EXHIBIT 1**

# Shotgun Roulette - Copyright Summary

| Image: | Title: | Registration Number |
|---|---|---|
|  | **SHO-1** | [VA0002441312](VA0002441312) |
|  | **SHO-5.1** | [VA0002441314](VA0002441314) |

|  | SHO-5.2 | VA0002441310 |
|---|---|---|
|  | SHO-5.3 | VA0002441310 |

| | | |
|---|---|---|
| | **SHO-6** | VA0002441315 |
| | **SHO-8** | VA0002441308 |

| | | |
|---|---|---|
| | **SHO-9** | VA0002441310 |
| | **SHO-10** | VA0002441308 |

| | | |
|---|---|---|
| | **SHO-11** | VA0002441308 |
| | **SHO-12** | VA0002441310 |

| | | |
|---|---|---|
|  | **SHO-13** | VA0002441310 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-441-312**

**Effective Date of Registration:**
April 11, 2025
**Registration Decision Date:**
April 14, 2025

## Title
    **Title of Work:** SHO-1

## Completion/Publication
    **Year of Completion:** 2024
    **Date of 1st Publication:** December 24, 2024
    **Nation of 1st Publication:** United States

## Author
-     **Author:** Guzzletech LLC
    **Author Created:** 2-D artwork
    **Work made for hire:** Yes
    **Citizen of:** United States

## Copyright Claimant
    **Copyright Claimant:** Guzzletech LLC
    1831 N. Belleview Drive, Bellbrook, OH, 45305, United States

## Rights and Permissions
    **Organization Name:** Guzzletech LLC
    **Address:** 1831 N. Belleview Drive
    Bellbrook, OH 45305 United States

## Certification
    **Name:** Jessica Delos Santos
    **Date:** April 11, 2025

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-441-314**
**Effective Date of Registration:**
April 11, 2025
**Registration Decision Date:**
April 14, 2025

## Title

| | |
|---|---|
| Title of Work: | SHO-5.1 |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2024 |
| Date of 1st Publication: | December 24, 2024 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Guzzletech LLC |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Guzzletech LLC |
| | 1831 N. Belleview Drive, Bellbrook, OH, 45305, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Guzzletech LLC |
| Address: | 1831 N. Belleview Drive |
| | Bellbrook, OH 45305 United States |

## Certification

| | |
|---|---|
| Name: | Jessica Delos Santos |
| Date: | April 11, 2025 |

Page 1 of 2

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-441-310**
**Effective Date of Registration:**
April 11, 2025
**Registration Decision Date:**
April 14, 2025

### Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: January 15, 2025 to January 15, 2025

### Title

| | |
|---|---|
| Title of Group: | Shotgun Roulette 2025 |
| Number of Photographs in Group: | 5 |
| • Individual Photographs: | SHO-5.2, SHO-5.3, SHO-9, SHO-12, SHO-13 |
| Published: | January 2025 |

### Completion/Publication

| | |
|---|---|
| Year of Completion: | 2025 |
| Earliest Publication Date in Group: | January 15, 2025 |
| Latest Publication Date in Group: | January 15, 2025 |
| Nation of First Publication: | United States |

### Author

| | |
|---|---|
| • Author: | Guzzletech LLC |
| Author Created: | photographs |
| Work made for hire: | Yes |
| Citizen of: | United States |

### Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Guzzletech LLC<br>1831 N. Belleview Drive, Bellbrook, OH, 45305, United States |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-441-315**

**Effective Date of Registration:**
April 11, 2025
**Registration Decision Date:**
April 14, 2025

## Title

    **Title of Work:** SHO-6

## Completion/Publication

    **Year of Completion:** 2024
    **Date of 1st Publication:** October 24, 2024
    **Nation of 1st Publication:** United States

## Author

    •     **Author:** Guzzletech LLC
    **Author Created:** 2-D artwork
    **Work made for hire:** Yes
    **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Guzzletech LLC
    1831 N. Belleview Drive, Bellbrook, OH, 45305, United States

## Rights and Permissions

    **Organization Name:** Guzzletech LLC
    **Address:** 1831 N. Belleview Drive
    Bellbrook, OH 45305 United States

## Certification

    **Name:** Jessica Delos Santos
    **Date:** April 11, 2025

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-441-308**

**Effective Date of Registration:**
April 11, 2025
**Registration Decision Date:**
April 14, 2025

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: October 24, 2024 to October 24, 2024

## Title

|  |  |
|---|---|
| **Title of Group:** | Shotgun Roulette 2024 |
| **Number of Photographs in Group:** | 3 |
| • **Individual Photographs:** | SHO-8, SHO-10, SHO-11 |
| **Published:** | October 2024 |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2024 |
| **Earliest Publication Date in Group:** | October 24, 2024 |
| **Latest Publication Date in Group:** | October 24, 2024 |
| **Nation of First Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | Guzzletech LLC |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Guzzletech LLC<br>1831 N. Belleview Drive, Bellbrook, OH, 45305, United States |

## Rights and Permissions

Page 1 of 2