**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GUZZLETECH LLC,

                    Plaintiff,

      v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED IN SCHEDULE "A",

                Defendants.

Case No. 25-cv-09104

Judge Mary M. Rowland
Magistrate Judge Maria Valdez

**SEALED TEMPORARY RESTRAINING ORDER**

Plaintiff GuzzleTech LLC ("Plaintiff") filed an *Ex Parte* Motion for Entry of a Temporary Restraining Order and Other Relief (the "Motion") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Amended Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the domain names identified in Amended Schedule A (the "Defendant Domain Names") and the online marketplace accounts identified in Amended Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiff's Motion as follows.

This Court finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of Plaintiff's federally

---

[1] The e-commerce store URLs are listed on Schedule A hereto under the Online Marketplaces.

registered copyrights ("Copyrighted Works") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Plaintiff's Intellectual Property. *See* ECF Nos. 11-5 through 11-14, which includes screenshot evidence confirming that each Defendant internet store does stand ready, willing, and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Plaintiff's Copyrighted Works. A list of the Plaintiff's Copyrighted Works is included in the below chart.

| COPYRIGHTS | |
|---|---|
| **Certificate Number** | **TITLE** |
| VA0002441308 | Shotgun Roulette 2024 |
| VA0002441310 | Shotgun Roulette 2025 |
| VA0002441312 | SHO-1 |
| VA0002441315 | SHO-6 |
| VA0002441314 | SHO 5.1 |

This Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because Plaintiff has presented specific facts in the Declaration of Shane Smith in support of the Motion and accompanying evidence clearly showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Specifically, in the absence of an *ex parte* Order, Defendants could and likely would move any assets from accounts in financial institutions under this Court's jurisdiction to offshore accounts. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from:

    a. using the Copyrighted Works or any reproductions, copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product; and

    b. reproducing, publicly displaying, distributing, or otherwise further infringing Plaintiff's copyrights in Copyrighted Works;

    c. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of the Copyrighted Works, or any reproductions, copies, or colorable imitations thereof.

    d. passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiff product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Plaintiff's Copyrighted Works;

    e. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3.    Plaintiff is authorized to issue expedited written discovery to Defendants, pursuant to Federal Rules of Civil Procedure 33, 34, and 36, related to:

a.  the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b.  the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c.  any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Alibaba Group Holding Limited., Alibaba.com, Inc., Alibaba.com US E-commerce Corp., Alibaba.com U.S. LLC, Alibaba Group (U.S.) Inc., AUS Merchant Services, Inc., and Alipay US, Inc. ("Alibaba," "AliExpress," and/or "AliPay"); LianLian Global, LL Pay U.S., LLC, and Lianlian Yintong Electronic Payment Co. Ltd. ("LianLian"); Payoneer Global Inc. ("Payoneer"); PayPal Holdings, Inc. ("PayPal"); Stripe Inc. ("Stripe") or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA) ("Payment Processors").

4. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order or prior to the expiration of this Order, whichever date shall occur first, shall disable the Defendant Domain Names and make them inactive and untransferable until further order by this Court.

5. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Online Marketplaces, including Amazon.com, Inc. ("Amazon"), PDD Holdings ("Temu"), and ByteDance Ltd. ("TikTok") (collectively, the "Third-Party Providers") and Payment Processors, shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

   a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

   b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

    c.  any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Payoneer, Stripe, LianLian, Google Pay, Ant Financial, Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA); and

    d.  any metatags, metadata, or hashtags used by Defendants when listing their infringing items.

6.     Upon Plaintiff's request, those with notice of this Order, including the Third-Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Plaintiff's Intellectual Property.

7.     Any Third-Party Providers and Payment Processors, including Amazon, Temu, TikTok, LianLian, PayPal, Payoneer, and Stripe, shall, within seven (7) calendar days of receipt of this Order:

    a.  locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, and any e-mail addresses provided for Defendants by third parties; and

    b.  restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

8.      Plaintiff may provide notice of the proceedings in this case to Defendants, including notice of the preliminary injunction hearing, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "ouyius and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

9.      Plaintiff must provide notice to Defendants of any motion for preliminary injunction as required by Rule 65(a)(1).

10.     Plaintiff's Complaint [5], Exhibit 1 to the Complaint [5-2], Amended Schedule A [10], the Plaintiff's Motion for Temporary Restraining Order [11] and the Brief in support of the Motion [11-1], the Declaration of James E. Judge [11-2], the Declaration of Shane Smith [11-3] and associated Exhibits  [11-4 to 11-4],and this Order shall remain sealed until further order by this Court or until the Order expires, whichever occurs earlier.

11.     Within seven (7) calendar days of entry of this Order, Plaintiff shall deposit with the Court Ten Thousand Dollars ($10,000) either cash or surety bond, as security, which amount has, in the absence of adversarial testing, been deemed adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

12.     Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

13.     This Temporary Restraining Order without notice is entered at 1:05 P.M. on this 18th day of August 2025 and shall remain in effect for fourteen (14) calendar days. Any motion to extend this Order must be filed by September 1, 2025.

_____
Mary M. Rowland
United States District Judge

## SCHEDULE A

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 1 | ouyius | A10HVY66JR0UJS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A10HVY66JR0UJS |
| 2 | Jxoolffd121 | A117CKIVGESPGW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A117CKIVGESPGW |
| 3 | Huai Nan Shi Long Yao Chun Hai Ke Ji You Xian Gong Si | A11JUFD564C8WE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A11JUFD564C8WE |
| 4 | Yunplsad-US | A11QHKPQ6UGOMK | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A11QHKPQ6UGOMK |
| 5 | chuancunmaoyi | A121T8U8IN95S1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A121T8U8IN95S1 |
| 6 | Dai's Surprise Shop | A12HITT8PCHX12 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A12HITT8PCHX12 |
| 7 | gzaymng | A12KEEOUADST8K | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A12KEEOUADST8K |
| 8 | JIEHUAD | A12LGJTT5JE2IC | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A12LGJTT5JE2IC |
| 9 | KIRABATIO | A12PPPMJIE3OMP | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A12PPPMJIE3OMP |
| 10 | Rainfox | A13CDK8M0PY9FG | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A13CDK8M0PY9FG |
| 11 | Dafeng66 | A14A1IOACE0ZK1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A14A1IOACE0ZK1 |
| 12 | An Lv Shang Mao | A14SLMVU816G91 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A14SLMVU816G91 |
| 13 | guangzhouhuiyuanfumaoyiyouxiangongsi | A15925KN8ELYGF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A15925KN8ELYGF |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 14 | Imadity | A1671LHYLKN2KK | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1671LHYLKN2KK |
| 15 | Dezor Innovation | A16ZILSC3SN0PT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A16ZILSC3SN0PT |
| 16 | mandenemy | A17PEWRGBG4JSO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A17PEWRGBG4JSO |
| 17 | AMZHSUS | A17WNGNDK6KGZC | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A17WNGNDK6KGZC |
| 18 | yohahome | A17ZFGX7OI330Z | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A17ZFGX7OI330Z |
| 19 | zhouwb | A183IGG3SW21R8 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A183IGG3SW21R8 |
| 20 | Shenganhe | A18OC23H6MF2F2 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A18OC23H6MF2F2 |
| 21 | zhengsong1121 | A18VUX0Z5V43ZC | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A18VUX0Z5V43ZC |
| 22 | BianYingYing | A198RDCYQ9K9J1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A198RDCYQ9K9J1 |
| 23 | fenghuashangmao. | A1ACR9PQ828Q27 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1ACR9PQ828Q27 |
| 24 | caofeifeicom | A1APJ8I1LBXLNX | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1APJ8I1LBXLNX |
| 25 | hebeifuliyuanlinlvhuagongchengyouxiangongsi | A1B287YBK41PX1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1B287YBK41PX1 |
| 26 | Timour (Fast Direct 7 -14 Days) | A1BIR3IW3E8NRI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1BIR3IW3E8NRI |
| 27 | Fanzhuep | A1BUHIY79PSQNY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1BUHIY79PSQNY |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 28 | BinHaoXiaoFangJiShu | A1BYRPHJKPWJ42 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1BYRPHJKPWJ42 |
| 29 | Yuhuoo | A1C01QL1ABSM8L | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1C01QL1ABSM8L |
| 30 | GYHZ Store | A1DDGIFVZ7JGAC | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1DDGIFVZ7JGAC |
| 31 | GHGHJHB | A1DYZHVLFZWT92 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1DYZHVLFZWT92 |
| 32 | KONG KIMA | A1EU7H6D4CZ2S2 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1EU7H6D4CZ2S2 |
| 33 | Tantankai | A1FH9XN3GYBR5Y | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1FH9XN3GYBR5Y |
| 34 | nanjingdaonusidianzishangwu | A1FR9M9308C1YO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1FR9M9308C1YO |
| 35 | Fan811 | A1HKZRZF8LX16 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1HKZRZF8LX16 |
| 36 | hageme | A1I17P4WGVREG7 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1I17P4WGVREG7 |
| 37 | VV7-15daySTAR | A1IOHDGOQ043R3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1IOHDGOQ043R3 |
| 38 | ASH Technology | A1J6U6QF400UTR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1J6U6QF400UTR |
| 39 | huanyouyun-us | A1K9VCA4ZHX5M8 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1K9VCA4ZHX5M8 |
| 40 | Fastwin | A1L64ZM0V1GYTN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1L64ZM0V1GYTN |
| 41 | yilankeiji02 | A1L9HEWETK9DOX | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1L9HEWETK9DOX |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 42 | tian lei shang | A1LHEYAMD0T950 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1LHEYAMD0T950 |
| 43 | changshashiguifuchuangjinshangmaoyouxiangongsi | A1N32OLHMU717E | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1N32OLHMU717E |
| 44 | BUDI RABBIT STORE | A1NROGSVBGB46Z | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1NROGSVBGB46Z |
| 45 | EVHRZN | A1PBZK75GSNWI7 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1PBZK75GSNWI7 |
| 46 | SMMARLAIF | A1PLA6ZOKOMLFU | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1PLA6ZOKOMLFU |
| 47 | XFRUYKJ | A1PYZ17PVYKOG | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1PYZ17PVYKOG |
| 48 | shengfengtu | A1QGD9TBOW26D8 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1QGD9TBOW26D8 |
| 49 | ZXTing | A1QI410P51JZ7K | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1QI410P51JZ7K |
| 50 | Ruidianzi | A1QIA2Q2MC44F5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1QIA2Q2MC44F5 |
| 51 | chongqingqiyuzhuquewenhuachuanmeiyouxiangongsi | A1RBYRXFL2ZOLY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1RBYRXFL2ZOLY |
| 52 | HEFEIWENYEMAOYIYOUXIANGONGSI | A1SU9N56IG7Q7Y | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1SU9N56IG7Q7Y |
| 53 | GAOJUNE | A1TK5UI9CC3Z4R | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1TK5UI9CC3Z4R |
| 54 | DuoAiWHL | A1V22YVF05YJK6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1V22YVF05YJK6 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 55 | shangdongxiaoxiao | A1V5BWX66YAY0X | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1V5BWX66YAY0X |
| 56 | LVBAOTCOM | A1VDCQ0AIYS072 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1VDCQ0AIYS072 |
| 57 | jingyelingzhuotaiye | A1W52SZKF8XCZR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1W52SZKF8XCZR |
| 58 | Chao Yang Hui | A1WBUIWWK95IZW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1WBUIWWK95IZW |
| 59 | Yu8750w | A1WVK4PYLGCAF2 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1WVK4PYLGCAF2 |
| 60 | Pin Rong Shang Mao | A1XDDMP7SA6CNB | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1XDDMP7SA6CNB |
| 61 | AMKDGMSG | A1YEGB66N2TRLE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1YEGB66N2TRLE |
| 62 | hangzhouchimiaoshangmaoyouxiangongsi | A206YP7KNISTML | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A206YP7KNISTML |
| 63 | YePk | A21NPFCX940K3S | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A21NPFCX940K3S |
| 64 | wuyan store | A2306168IUQILS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2306168IUQILS |
| 65 | Tang Ying Trading | A257TVWUAV2SVM | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A257TVWUAV2SVM |
| 66 | ChiBiShiLingHuanXiuShangMaoYouXianGongSi | A2740V4TSW4YED | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2740V4TSW4YED |
| 67 | Chai12345 | A27PQCNF4F8TG9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A27PQCNF4F8TG9 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 68 | nanyangshiwan chengquzhuofus hangmaoyouxia ngongsi | A27TDT6KJV9Q5H | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A27TDT6KJV9Q5H |
| 69 | CritterCare Store | A28KCI2102T5I3 | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A28KCI2102T5I3 |
| 70 | Ruzhuomaoyi | A292OM4U9TYSYB | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A292OM4U9TYSYB |
| 71 | HeFeiFuLiDian ZiShangWuYou XianGongSi | A29HR67I6GVU8B | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A29HR67I6GVU8B |
| 72 | LANQINGKJ | A2AKJ63Y57GTTX | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A2AKJ63Y57GTTX |
| 73 | MingJingUS | A2B87NUOYR8NUZ | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A2B87NUOYR8NUZ |
| 74 | Six star general ★ ★ ★ ★ (7-14 day fast delivery) | A2BZU78KI0WVW0 | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A2BZU78KI0WVW0 |
| 75 | SHIYI's Store | A2C7PJBQ576MIP | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A2C7PJBQ576MIP |
| 76 | HUANG-001 | A2E9ACI6PQZMHL | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A2E9ACI6PQZMHL |
| 77 | fanmengdianzis hangwuLTD | A2E9K02V3EO09T | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A2E9K02V3EO09T |
| 78 | Hulagou | A2EDOXWWD93DO E | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A2EDOXWWD93DOE |
| 79 | MAXIAOF-WEI | A2EPCIBG4H7FCE | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A2EPCIBG4H7FCE |
| 80 | Turn-Up | A2F4P5W6MBKCG8 | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A2F4P5W6MBKCG8 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 81 | JNLMFDC | A2F755KPBXJW37 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2F755KPBXJW37 |
| 82 | JIETU-US | A2FYZKBDZKFTX4 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2FYZKBDZKFTX4 |
| 83 | zhengdingyongjiejianzhugongchengyouxiangongsi | A2GDOTCJQQZ7XY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2GDOTCJQQZ7XY |
| 84 | GONGMIN | A2IJZPDAIZV04K | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2IJZPDAIZV04K |
| 85 | yixinlaii | A2JY8XM8XA7RNX | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2JY8XM8XA7RNX |
| 86 | jiahaodakeji | A2KUSIS1BYCUH0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2KUSIS1BYCUH0 |
| 87 | quanlanmaoyi | A2L4ZR8F8O3N83 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2L4ZR8F8O3N83 |
| 88 | ZhouKouChenRuiShangMaoYouXianGongSi | A2LB1V8WWFFWZX | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2LB1V8WWFFWZX |
| 89 | Drxtez | A2N37OZNJM9OEU | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2N37OZNJM9OEU |
| 90 | clearance sales today deals prime bsoksoqse | A2O95FX1K7PM7H | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2O95FX1K7PM7H |
| 91 | AMZHUY | A2ODZ0SWX46CPE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2ODZ0SWX46CPE |
| 92 | Medhap | A2OJ018XPBB61L | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2OJ018XPBB61L |
| 93 | TongHengLong | A2QA4KP3F3S20I | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2QA4KP3F3S20I |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 94 | frolusian | A2QCBR0SPVA1EI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2QCBR0SPVA1EI |
| 95 | WEIZHENGS | A2RNWUZQL7IDYD | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2RNWUZQL7IDYD |
| 96 | Jtonust-us | A2RSIMZUNBUHVE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2RSIMZUNBUHVE |
| 97 | Haochune | A2RVW83MM445Q2 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2RVW83MM445Q2 |
| 98 | KSFJEU | A2U34URN5JJBPA | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2U34URN5JJBPA |
| 99 | nyjblsm | A2UEFGP3FHB3NT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2UEFGP3FHB3NT |
| 100 | SSGJJ(6-11 Day Delivery) | A2UUOD1EIZQ586 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2UUOD1EIZQ586 |
| 101 | xianliangchang maoyidian | A2VGSPEEBZAA01 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2VGSPEEBZAA01 |
| 102 | hexiaoshanhang g | A2WO4CSMKHH72K | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2WO4CSMKHH72K |
| 103 | huangxinmingb aihuoshanghang | A2Y3RDS4GPCFMH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2Y3RDS4GPCFMH |
| 104 | Wwonderful | A2Y8AALKANKQ5R | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2Y8AALKANKQ5R |
| 105 | SunDongXia | A2Z8LO6EWK08YU | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2Z8LO6EWK08YU |
| 106 | Huaxin Industrial | A2ZE0H76TI0O2O | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2ZE0H76TI0O2O |
| 107 | Litex Mall | A305F3DPMB6L5Q | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A305F3DPMB6L5Q |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 108 | AOSIMEI-OFFICIAL US | A31EBUM3VOYYD6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A31EBUM3VOYYD6 |
| 109 | zuojianxin | A32L8KEZIYW7ZJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A32L8KEZIYW7ZJ |
| 110 | 宇通万象 | A33OPTWPD0PY6L | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A33OPTWPD0PY6L |
| 111 | Yuanzetech | A33RABYO3K95DS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A33RABYO3K95DS |
| 112 | Chuangzhitong- | A34MK2TH7YUPA9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A34MK2TH7YUPA9 |
| 113 | aoledianzi | A36B83FF899PW0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A36B83FF899PW0 |
| 114 | Wo Yung Furniture Store | A36VAP8REDJYED | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A36VAP8REDJYED |
| 115 | Weioushangmaodian-US | A37PL5I6S2RNFW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A37PL5I6S2RNFW |
| 116 | TOROWEE | A38AAZ4LME78RI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A38AAZ4LME78RI |
| 117 | BAIJIAYING | A38GCO27ZLACGI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A38GCO27ZLACGI |
| 118 | Integrity General Store | A3CYRB89V4F2MW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3CYRB89V4F2MW |
| 119 | YUETAODEDIANA | A3D9O191U4ATKZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3D9O191U4ATKZ |
| 120 | a hang shangmao | A3F2SA4U2LHTE0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3F2SA4U2LHTE0 |
| 121 | YYBei | A3F90FFESBEWDN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3F90FFESBEWDN |

17

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 122 | hefeifugedianzi shangwuyouxia ngongsi | A3G6ISHDIC5SFF | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A3G6ISHDIC5SFF |
| 123 | Nuomet | A3HCU7EZO5Y7FU | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A3HCU7EZO5Y7FU |
| 124 | BEWELLSTO RE | A3HP6L1TGLUH01 | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A3HP6L1TGLUH01 |
| 125 | meizhuke | A3JH4283YI3BYL | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A3JH4283YI3BYL |
| 126 | zhaoranriyongpi n | A3JSCFG653XOHB | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A3JSCFG653XOHB |
| 127 | TurntTonic | A3KI20AIW2MDLD | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A3KI20AIW2MDLD |
| 128 | zhaoqishanghan g | A3LSZPN4N8LQFN | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A3LSZPN4N8LQFN |
| 129 | HUIYUHUAN | A3LV2FGDLL1ETZ | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A3LV2FGDLL1ETZ |
| 130 | Rocketman2077 | A3M9Z2GIPN2TLX | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A3M9Z2GIPN2TLX |
| 131 | GRAB MIC GAME | A3MXUX4O4HKY2K | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A3MXUX4O4HKY2K |
| 132 | Meiyan Guanggao Shop | A3N9W3LL3XADA6 | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A3N9W3LL3XADA6 |
| 133 | Clearance Sales Today 2025 coersd | A3NEW7US3498PO | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A3NEW7US3498PO |
| 134 | sifengkeji | A3OABQYRC6Y3D | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A3OABQYRC6Y3D |
| 135 | VerdeBloom | A3PNXKUM0T8Z6H | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A3PNXKUM0T8Z6H |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---------|---------------|-------------|--------------|
| 136 | xiaopengcom | A3Q0GRQKASTS6F | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3Q0GRQKASTS6F |
| 137 | FangoolJY | A3RHOMX7MQPRND | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3RHOMX7MQPRND |
| 138 | XiangJiangChengShi | A3RJ783E80N5TM | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3RJ783E80N5TM |
| 139 | PSFZHPP | A3SHMS1Y51AUJA | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3SHMS1Y51AUJA |
| 140 | QYSM-US | A3SJZ0ERSQW5GN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3SJZ0ERSQW5GN |
| 141 | noblehome1209 | A3SLFHJ42WDHTJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3SLFHJ42WDHTJ |
| 142 | MOONS CITY | A3T1ZWDT9TLYT5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3T1ZWDT9TLYT5 |
| 143 | Twister Arm Trainer (Delivery 7 - 10 Days) | A3TIMDPZENY6D6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3TIMDPZENY6D6 |
| 144 | LUXWL(6-11 days for delivery) | A3TWLFREFS4EZE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3TWLFREFS4EZE |
| 145 | fanjianliang | A3VDL8JWYKSCDP | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3VDL8JWYKSCDP |
| 146 | XiaoJiangQingShang | A3VNP6I0N77R61 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3VNP6I0N77R61 |
| 147 | MRGIINRI Clearance Sales Today Deals Prime 2025 | A3VQKTC1EQR50K | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3VQKTC1EQR50K |
| 148 | hengdongzhenyoushangmaoyouxiangongsi | A4U2XT55H3OC4 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A4U2XT55H3OC4 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 149 | chengyingdu | A54E7RXZOXMHU | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A54E7RXZOXMHU |
| 150 | yuyonggangcom | A57QCH3PKV3PR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A57QCH3PKV3PR |
| 151 | RuiYinJianZhuZhuangShi | A5H35IW29J4GN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A5H35IW29J4GN |
| 152 | Liu XuDong | A5ZHW793VIOKS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A5ZHW793VIOKS |
| 153 | aizhou shop | A6XK8IVT0Q9E6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A6XK8IVT0Q9E6 |
| 154 | Hefei Xiongzifan E-commerce Co., Ltd | ABUSKYV37HEQP | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ABUSKYV37HEQP |
| 155 | JUNLinshang | ACQMNS278V3WQ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ACQMNS278V3WQ |
| 156 | HAOYUNLAIO | ACVRHEFOPJS5R | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ACVRHEFOPJS5R |
| 157 | FACH-跟卖必严惩 | AEC7FU4HEWMGO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AEC7FU4HEWMGO |
| 158 | Xiao Chen Huike | AGQ14JTMC1J0L | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AGQ14JTMC1J0L |
| 159 | PiJiang | AK1WK79B9EITL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AK1WK79B9EITL |
| 160 | hdwozes | ALGV3W6SAW7GM | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ALGV3W6SAW7GM |
| 161 | kainin | ALH2X5HCD2V0D | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ALH2X5HCD2V0D |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 162 | uenrisot | AMI119DTO3KPY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AMI119DTO3KPY |
| 163 | ElectronZC | AMI1EDOEI9O30 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AMI1EDOEI9O30 |
| 164 | ke pai dian zi | AMK684U059KHF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AMK684U059KHF |
| 165 | HH&WHFTLF | AMKS1Z66YVAOJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AMKS1Z66YVAOJ |
| 166 | LWHJA | AMVZOI90YJHTI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AMVZOI90YJHTI |
| 167 | Zhenjun9008 | AOL020A7HJOUF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AOL020A7HJOUF |
| 168 | PPCHVOY | AP6ZBIPS2R9TW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AP6ZBIPS2R9TW |
| 169 | HuiZhouShiZhiLiZhuangShiSheJiYouXianGongSi | APLJK5H7X59T | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=APLJK5H7X59T |
| 170 | qingxuxianfengerjiadianzishangwuyouxiangongsi | APTBZGLDJQQSX | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=APTBZGLDJQQSX |
| 171 | yinzeshanghang | AQOHWDO9VSGTF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AQOHWDO9VSGTF |
| 172 | JZZX01 | AQXP26WY9O6LR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AQXP26WY9O6LR |
| 173 | DoubleLuckyshop-us | ARRHWYZZ9EF1N | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ARRHWYZZ9EF1N |
| 174 | BESIBY-US | ARVTR7ILDGK9K | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ARVTR7ILDGK9K |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 175 | skronedin | ASC8YQVWTMSIT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ASC8YQVWTMSIT |
| 176 | tianlezhongcheng | ASV7QWSX96GJL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ASV7QWSX96GJL |
| 177 | xinjiasheng888 | AUPW8M8TOLSBD | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AUPW8M8TOLSBD |
| 178 | genmaigenmai001 | AUY4XM6N34JX0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AUY4XM6N34JX0 |
| 179 | five-star general ★ ★ ★ ★ ★(7-14 days fast delivery) | AV586FDY9VI87 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AV586FDY9VI87 |
| 180 | linyuan store | AV6TB009S8Z4U | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AV6TB009S8Z4U |
| 181 | HUOPING | AVHPNWWNYO9HJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AVHPNWWNYO9HJ |
| 182 | shengtianshop | AWGARF8Z7T4NJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AWGARF8Z7T4NJ |
| 183 | kfting | AWREMPQJWXLZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AWREMPQJWXLZ |
| 184 | bO yI jIA | AWZ7PG3PVF9DL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AWZ7PG3PVF9DL |
| 185 | li'gou | AXOAXEAEXR1BZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AXOAXEAEXR1BZ |
| 186 | ShangCaiXianAiChengZhuShangMaoYouXianGongSi | AY2D0FM5X6XLN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AY2D0FM5X6XLN |
| 187 | mjnjjhjihimkkmkmk | AY6PIG8YKNPAV | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AY6PIG8YKNPAV |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 188 | BIYQFCR-US | AYBAI5YHOZ55X | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AYBAI5YHOZ55X |
| 189 | zhao he shang mao | AYLL099NLYLL0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AYLL099NLYLL0 |
| 190 | YIZHIGUOJIMAOYI888 | AZ1Q5G0QIXQJG | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AZ1Q5G0QIXQJG |
| 191 | (10-14 Days Fast Delivery) Cosrem Co. US-Direct | AZNM4F1Q922BR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AZNM4F1Q922BR |
| 192 | Turnt Tonic | turnttonic.com | https://turnttonic.com/ |
| 193 | THE SKYLAR | 634418217956655 | https://www.temu.com/the--m-634418217956655.html?goods_id=601101453942440&sticky_type=3&_x_ads_sub_channel=shopping&_x_ns_prz_type=-1&_x_ns_sku_id=17598543787264&_x_gmc_account=5347809690&_x_login_type=Google&_x_ns_gid=601101165043664&_x_ads_channel=google&_x_vst_scene=adg&_x_sessn_id=pz3dbymm0j&refer_page_name=goods&refer_page_id=10032_1748854424416_gg9y5w21bn&refer_page_sn=10032 |
| 194 | MKYOOL | 634418218102203 | https://www.temu.com/m-634418218102203.html |
| 195 | Jupitee | 634418219047738 | https://www.temu.com/m-634418219047738.html |
| 196 | ArteHaven | 634418223110625 | https://www.temu.com/m-634418223110625.html |
| 197 | Cattle and Horse Shop | 634418223829969 | https://www.temu.com/cattle-and-horse-shop-m-634418223829969.html?_x_sessn_id=wna3rjfp6p&refer_page_name=bgn_verification&refer_page_id=10017_1748857288073_q3ehp42eyk&refer_page_sn=10017 |
| 198 | Fabric Fable | 634418223929648 | https://www.temu.com/fabric--m-634418223929648.html?goods_id=601101358379916&sticky_type=3&_x_sessn |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---------|---------------|-------------|--------------|
| | | | _id=pz3dbymm0j&_x_ads_sub_channel =shopping&_x_ns_prz_type=-1&_x_ns_sku_id=17598543787264&_x_gmc_account=5347809690&_x_login_ty pe=Google&_x_ns_gid=6011011650436 64&_x_ads_channel=google&_x_vst_sc ene=adg&refer_page_name=goods&refe r_page_id=10032_1748854272665_ikq3 pj6myb&refer_page_sn=10032 |
| 199 | ESSINTANWP | 7495385486777747588 | https://www.tiktok.com/@seller.7495385 486777747588 |
| 200 | TidyAura | 7496185746537744666 | https://www.tiktok.com/@seller.7496185 746537744666 |