**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GUZZLETECH, LLC

Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED IN SCHEDULE "A",

Defendants.

Case No. 25-cv-09104

Judge Mary M. Rowland
Magistrate Judge Maria Valdez

**PRELIMINARY INJUNCTION ORDER**

Plaintiff GuzzleTech, LLC ("Plaintiff") filed a Motion for Entry of a Preliminary Injunction against the fully interactive, e-commerce stores operating under the seller aliases identified in Amended Schedule A to the Complaint (collectively, "Defendants") and using at least the domain names identified in Amended Schedule A (the "Defendant Name/Alias") and the online marketplace accounts identified in Amended Schedule A (the "Online Marketplace"). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiff's Motion as follows.

This Court finds Plaintiff has provided notice to Defendants identified in **Schedule A** attached hereto in accordance with the TRO [13] entered August 18, 2025, and Fed. R. Civ. P. 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer

1

shipping to the United States, including Illinois, and have sold inferior products using infringing versions of Plaintiff's federally registered copyrights (the "Plaintiff's Works") to residents of Illinois, deceiving them to believe that the inferior products have been authorized by the Plaintiff. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase inferior products using counterfeit versions of the Plaintiff's copyrighted works. *See* Ex. 2 to the Decl. of Shane Smith [11-3] (includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing, and able to ship its deceptive goods to customers in Illinois bearing infringing and/or counterfeit versions of the Plaintiff's Works).

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Fed. R. Civ. P. 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for Entry of a TRO establishes that Plaintiff has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

Specifically, Plaintiff has proved a *prima facie* case of copyright infringement because (1) the Plaintiff's copyrighted works are valid and registered with the U.S. Copyright Office and (2) Defendants are not licensed or authorized to use any of the Plaintiff's copyrighted works. Defendants' use of the Plaintiff's Works is also creating the false impression that Defendants' inferior products have been authorized by the Plaintiff. Furthermore, Defendants' continued and unauthorized use of the Plaintiff's Works irreparably harms Plaintiff through diminished brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of

future sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

   a. using Plaintiff's Works or any reproductions, copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product;

   b. reproducing, publicly displaying, distributing, or otherwise further infringing Plaintiff's copyrights in Plaintiff's Works;

   c. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's Works, or any reproductions, copies, or colorable imitations thereof;

   d. passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiff product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Plaintiff's Works;

    e. committing any acts calculated to cause consumers to believe that Defendants' products are sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. Upon Plaintiff's request, Defendants and any third-party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as Alibaba Group Holding Limited., Alibaba.com, Inc., Alibaba.com US E-commerce Corp., Alibaba.com U.S. LLC, Alibaba Group (U.S.) Inc., AUS Merchant Services, Inc., and Alipay US, Inc. ("Alibaba", "AliExpress", and/or "AliPay"); Amazon.com, Inc. ("Amazon"); PDD Holdings ("Temu"); ByteDance Ltd. ("TikTok"); LianLian Global, LL Pay U.S., LLC, and Lianlian Yintong Electronic Payment Co. Ltd. ("LianLian"); Payoneer Global Inc. ("Payoneer"); PayPal Holdings, Inc. ("PayPal"); and Stripe Inc. ("Stripe") (collectively, the "Third-Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

    a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces;

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Alipay, LianLian, Payoneer, PayPal, Stripe, or other merchant account providers, payment providers, third-party processors, and credit card associations (e.g., MasterCard and VISA); and

4. Upon Plaintiff's request, those with notice of this Order, including the Third-Party Providers as defined in Paragraph 3, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Plaintiff's Works.

5. Any Third-Party Providers as defined in Paragraph 3, shall, within seven (7) calendar days of receipt of this Order:

a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in

Schedule A hereto, the e-mail addresses provided for Defendants by third parties; and

    b.  restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

6. Plaintiff may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses provided for Defendants by third parties. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7. Plaintiff's Complaint [5], Schedule A [5-1], and Exhibit 1 thereto [5-2], *Ex Parte* Motion for Temporary Restraining Order [11] and the Brief in Support of the Motion [11-1], the Declaration of James E. Judge [11-2], the Declaration of Shane Smith [11-3] and accompanying exhibits [11-4 to 11-14], and the TRO [13] are unsealed.

8. The Clerk is directed to replace the name of the Plaintiff in the caption of this matter in PACER with GuzzleTeach, LLC.

9. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

10. The $10,000 bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

Dated: October 1, 2025

_____
MARY M. ROWLAND
United States District Judge

**SCHEDULE A**

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 1 | ouyius | A10HVY66JR0UJS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A10HVY66JR0UJS |
| 2 | Jxoolffd121 | A117CKIVGESPGW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A117CKIVGESPGW |
| 3 | Huai Nan Shi Long Yao Chun Hai Ke Ji You Xian Gong Si | A11JUFD564C8WE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A11JUFD564C8WE |
| 4 | Yunplsad-US | A11QHKPQ6UGOMK | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A11QHKPQ6UGOMK |
| 5 | chuancunmaoyi | A121T8U8IN95S1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A121T8U8IN95S1 |
| 6 | Dai's Surprise Shop | A12HITT8PCHX12 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A12HITT8PCHX12 |
| 8 | JIEHUAD | A12LGJTT5JE2IC | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A12LGJTT5JE2IC |
| 9 | KIRABATIO | A12PPPMJIE3OMP | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A12PPPMJIE3OMP |
| 10 | Rainfox | A13CDK8M0PY9FG | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A13CDK8M0PY9FG |
| 11 | Dafeng66 | A14A1IOACE0ZK1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A14A1IOACE0ZK1 |

| 12 | An Lv Shang Mao | A14SLMVU816G91 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A14SLMVU816G91 |
| 13 | guangzhouhuiyuanfumaoyiyouxiangongsi | A15925KN8ELYGF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A15925KN8ELYGF |
| 14 | Imadity | A1671LHYLKN2KK | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1671LHYLKN2KK |
| 15 | Dezor Innovation | A16ZILSC3SN0PT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A16ZILSC3SN0PT |
| 16 | mandenemy | A17PEWRGBG4JSO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A17PEWRGBG4JSO |
| 17 | AMZHSUS | A17WNGNDK6KGZC | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A17WNGNDK6KGZC |
| 18 | yohahome | A17ZFGX7OI330Z | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A17ZFGX7OI330Z |
| 19 | zhouwb | A183IGG3SW21R8 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A183IGG3SW21R8 |
| 20 | Shenganhe | A18OC23H6MF2F2 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A18OC23H6MF2F2 |
| 21 | zhengsong1121 | A18VUX0Z5V43ZC | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A18VUX0Z5V43ZC |
| 22 | BianYingYing | A198RDCYQ9K9J1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A198RDCYQ9K9J1 |

| 24 | caofeifeicom | A1APJ8I1LBXLNX | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1APJ8I1LBXLNX |
| 25 | hebeifuliyuanlinlvhuagongchengyouxiangongsi | A1B287YBK41PX1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1B287YBK41PX1 |
| 26 | Timour (Fast Direct 7 -14 Days) | A1BIR3IW3E8NRI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1BIR3IW3E8NRI |
| 27 | Fanzhuep | A1BUHIY79PSQNY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1BUHIY79PSQNY |
| 28 | BinHaoXiaoFangJiShu | A1BYRPHJKPWJ42 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1BYRPHJKPWJ42 |
| 29 | Yuhuoo | A1C01QL1ABSM8L | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1C01QL1ABSM8L |
| 30 | GYHZ Store | A1DDGIFVZ7JGAC | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1DDGIFVZ7JGAC |
| 31 | GHGHJHB | A1DYZHVLFZWT92 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1DYZHVLFZWT92 |
| 32 | KONG KIMA | A1EU7H6D4CZ2S2 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1EU7H6D4CZ2S2 |
| 33 | Tantankai | A1FH9XN3GYBR5Y | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1FH9XN3GYBR5Y |
| 34 | nanjingdaonusidianzishangwu | A1FR9M9308C1YO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1FR9M9308C1YO |

| 35 | Fan811 | A1HKZRZF8LX16 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1HKZRZF8LX16 |
| 36 | hageme | A1I17P4WGVREG7 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1I17P4WGVREG7 |
| 37 | VV7-15daySTAR | A1IOHDGOQ043R3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1IOHDGOQ043R3 |
| 38 | ASH Technology | A1J6U6QF400UTR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1J6U6QF400UTR |
| 39 | huanyouyun-us | A1K9VCA4ZHX5M8 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1K9VCA4ZHX5M8 |
| 40 | Fastwin | A1L64ZM0V1GYTN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1L64ZM0V1GYTN |
| 41 | yilankeiji02 | A1L9HEWETK9DOX | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1L9HEWETK9DOX |
| 42 | tian lei shang | A1LHEYAMD0T950 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1LHEYAMD0T950 |
| 43 | changshashiguifuchuangjinshangmaoyouxiangongsi | A1N32OLHMU717E | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1N32OLHMU717E |
| 44 | BUDI RABBIT STORE | A1NROGSVBGB46Z | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1NROGSVBGB46Z |
| 45 | EVHRZN | A1PBZK75GSNWI7 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1PBZK75GSNWI7 |

| 46 | SMMARLAIF | A1PLA6ZOKOMLFU | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1PLA6ZOKOMLFU |
| 47 | XFRUYKJ | A1PYZ17PVYKOG | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1PYZ17PVYKOG |
| 48 | shengfengtu | A1QGD9TBOW26D8 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1QGD9TBOW26D8 |
| 49 | ZXTing | A1QI410P51JZ7K | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1QI410P51JZ7K |
| 50 | Ruidianzi | A1QIA2Q2MC44F5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1QIA2Q2MC44F5 |
| 51 | chongqingqiyuzhuquewenhuachuanmeiyouxiangongsi | A1RBYRXFL2ZOLY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1RBYRXFL2ZOLY |
| 52 | HEFEIWENYEMAOYIYOUXIANGONGSI | A1SU9N56IG7Q7Y | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1SU9N56IG7Q7Y |
| 53 | GAOJUNE | A1TK5UI9CC3Z4R | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1TK5UI9CC3Z4R |
| 54 | DuoAiWHL | A1V22YVF05YJK6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1V22YVF05YJK6 |
| 56 | LVBAOTCOM | A1VDCQ0AIYS072 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1VDCQ0AIYS072 |
| 57 | jingyelingzhuotaiye | A1W52SZKF8XCZR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1W52SZKF8XCZR |

| 58 | Chao Yang Hui | A1WBUIWWK95IZW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1WBUIWWK95IZW |
| 59 | Yu8750w | A1WVK4PYLGCAF2 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1WVK4PYLGCAF2 |
| 60 | Pin Rong Shang Mao | A1XDDMP7SA6CNB | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1XDDMP7SA6CNB |
| 61 | AMKDGMSG | A1YEGB66N2TRLE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1YEGB66N2TRLE |
| 62 | hangzhouchimiaoshangmaoyouxiangongsi | A206YP7KNISTML | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A206YP7KNISTML |
| 63 | YePk | A21NPFCX940K3S | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A21NPFCX940K3S |
| 64 | wuyan store | A2306168IUQILS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2306168IUQILS |
| 66 | ChiBiShiLingHuanXiuShangMaoYouXianGonGSi | A2740V4TSW4YED | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2740V4TSW4YED |
| 67 | Chai12345 | A27PQCNF4F8TG9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A27PQCNF4F8TG9 |
| 68 | nanyangshiwanchengquzhuofushangmaoyouxiangongsi | A27TDT6KJV9Q5H | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A27TDT6KJV9Q5H |
| 69 | CritterCare Store | A28KCI2102T5I3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A28KCI2102T5I3 |

| 71 | HeFeiFuLiDian ZiShangWuYou XianGongSi | A29HR67I6GVU8B | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A29HR67I6GVU8B |
|----|------|------|------|
| 72 | LANQINGKJ | A2AKJ63Y57GTTX | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2AKJ63Y57GTTX |
| 73 | MingJingUS | A2B87NUOYR8NUZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2B87NUOYR8NUZ |
| 74 | Six star general ★★★★ ★ (7-14 day fast delivery) | A2BZU78KI0WVW0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2BZU78KI0WVW0 |
| 75 | SHIYI's Store | A2C7PJBQ576MIP | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2C7PJBQ576MIP |
| 76 | HUANG-001 | A2E9ACI6PQZMHL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2E9ACI6PQZMHL |
| 77 | fanmengdianzis hangwuLTD | A2E9K02V3EO09T | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2E9K02V3EO09T |
| 78 | Hulagou | A2EDOXWWD93DOE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2EDOXWWD93DOE |
| 79 | MAXIAOF-WEI | A2EPCIBG4H7FCE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2EPCIBG4H7FCE |
| 80 | Turn-Up | A2F4P5W6MBKCG8 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2F4P5W6MBKCG8 |
| 81 | JNLMFDC | A2F755KPBXJW37 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2F755KPBXJW37 |

| 82 | JIETU-US | A2FYZKBDZKFTX4 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2FYZKBDZKFTX4 |
| 83 | zhengdingyongjiejianzhugongchengyouxiangongsi | A2GDOTCJQQZ7XY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2GDOTCJQQZ7XY |
| 84 | GONGMIN | A2IJZPDAIZV04K | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2IJZPDAIZV04K |
| 85 | yixinlaii | A2JY8XM8XA7RNX | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2JY8XM8XA7RNX |
| 86 | jiahaodakeji | A2KUSIS1BYCUH0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2KUSIS1BYCUH0 |
| 87 | quanlanmaoyi | A2L4ZR8F8O3N83 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2L4ZR8F8O3N83 |
| 88 | ZhouKouChenRuiShangMaoYouXianGongSi | A2LB1V8WWFFWZX | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2LB1V8WWFFWZX |
| 89 | Drxtez | A2N37OZNJM9OEU | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2N37OZNJM9OEU |
| 90 | clearance sales today deals prime bsoksoqse | A2O95FX1K7PM7H | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2O95FX1K7PM7H |
| 91 | AMZHUY | A2ODZ0SWX46CPE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2ODZ0SWX46CPE |
| 92 | Medhap | A2OJ018XPBB61L | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2OJ018XPBB61L |

| 93 | TongHengLong | A2QA4KP3F3S20I | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2QA4KP3F3S20I |
| 95 | WEIZHENGS | A2RNWUZQL7IDYD | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2RNWUZQL7IDYD |
| 96 | Jtonust-us | A2RSIMZUNBUHVE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2RSIMZUNBUHVE |
| 97 | Haochune | A2RVW83MM445Q2 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2RVW83MM445Q2 |
| 98 | KSFJEU | A2U34URN5JJBPA | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2U34URN5JJBPA |
| 99 | nyjblsm | A2UEFGP3FHB3NT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2UEFGP3FHB3NT |
| 100 | SSGJJ(6-11 Day Delivery) | A2UUOD1EIZQ586 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2UUOD1EIZQ586 |
| 101 | xianliangchang maoyidian | A2VGSPEEBZAA01 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2VGSPEEBZAA01 |
| 102 | hexiaoshanghang | A2WO4CSMKHH72K | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2WO4CSMKHH72K |
| 103 | huangxinmingbaihuoshanghang | A2Y3RDS4GPCFMH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2Y3RDS4GPCFMH |
| 104 | Wwonderful | A2Y8AALKANKQ5R | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2Y8AALKANKQ5R |

| 105 | SunDongXia | A2Z8LO6EWK08YU | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2Z8LO6EWK08YU |
| 106 | Huaxin Industrial | A2ZE0H76TI0O2O | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2ZE0H76TI0O2O |
| 107 | Litex Mall | A305F3DPMB6L5Q | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A305F3DPMB6L5Q |
| 108 | AOSIMEI-OFFICIAL US | A31EBUM3VOYYD6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A31EBUM3VOYYD6 |
| 109 | zuojianxin | A32L8KEZIYW7ZJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A32L8KEZIYW7ZJ |
| 110 | 宇通万象 | A33OPTWPD0PY6L | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A33OPTWPD0PY6L |
| 111 | Yuanzetech | A33RABYO3K95DS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A33RABYO3K95DS |
| 112 | Chuangzhitong- | A34MK2TH7YUPA9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A34MK2TH7YUPA9 |
| 113 | aoledianzi | A36B83FF899PW0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A36B83FF899PW0 |
| 114 | Wo Yung Furniture Store | A36VAP8REDJYED | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A36VAP8REDJYED |
| 115 | Weioushangmaodian-US | A37PL5I6S2RNFW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A37PL5I6S2RNFW |

| 116 | TOROWEE | A38AAZ4LME78RI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A38AAZ4LME78RI |
| 117 | BAIJIAYING | A38GCO27ZLACGI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A38GCO27ZLACGI |
| 118 | Integrity General Store | A3CYRB89V4F2MW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3CYRB89V4F2MW |
| 119 | YUETAODEDIANA | A3D9O191U4ATKZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3D9O191U4ATKZ |
| 120 | a hang shangmao | A3F2SA4U2LHTE0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3F2SA4U2LHTE0 |
| 121 | YYBei | A3F90FFESBEWDN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3F90FFESBEWDN |
| 122 | hefeifugedianzishangwuyouxiangongsi | A3G6ISHDIC5SFF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3G6ISHDIC5SFF |
| 123 | Nuomet | A3HCU7EZO5Y7FU | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3HCU7EZO5Y7FU |
| 124 | BEWELLSTORE | A3HP6L1TGLUH01 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3HP6L1TGLUH01 |
| 125 | meizhuke | A3JH4283YI3BYL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3JH4283YI3BYL |
| 126 | zhaoranriyongpin | A3JSCFG653XOHB | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3JSCFG653XOHB |

| 128 | zhaoqishanghang | A3LSZPN4N8LQFN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3LSZPN4N8LQFN |
| 129 | HUIYUHUAN | A3LV2FGDLL1ETZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3LV2FGDLL1ETZ |
| 130 | Rocketman2077 | A3M9Z2GIPN2TLX | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3M9Z2GIPN2TLX |
| 131 | GRAB MIC GAME | A3MXUX4O4HKY2K | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3MXUX4O4HKY2K |
| 132 | Meiyan Guanggao Shop | A3N9W3LL3XADA6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3N9W3LL3XADA6 |
| 133 | Clearance Sales Today 2025 coersd | A3NEW7US3498PO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3NEW7US3498PO |
| 134 | sifengkeji | A3OABQYRC6Y3D | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3OABQYRC6Y3D |
| 136 | xiaopengcom | A3Q0GRQKASTS6F | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3Q0GRQKASTS6F |
| 137 | FangoolJY | A3RHOMX7MQPRND | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3RHOMX7MQPRND |
| 138 | XiangJiangChengShi | A3RJ783E80N5TM | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3RJ783E80N5TM |
| 139 | PSFZHPP | A3SHMS1Y51AUJA | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3SHMS1Y51AUJA |

| 140 | QYSM-US | A3SJZ0ERSQW5GN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3SJZ0ERSQW5GN |
| 141 | noblehome1209 | A3SLFHJ42WDHTJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3SLFHJ42WDHTJ |
| 142 | MOONS CITY | A3T1ZWDT9TLYT5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3T1ZWDT9TLYT5 |
| 143 | Twister Arm Trainer (Delivery 7 - 10 Days) | A3TIMDPZENY6D6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3TIMDPZENY6D6 |
| 144 | LUXWL(6-11 days for delivery) | A3TWLFREFS4EZE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3TWLFREFS4EZE |
| 145 | fanjianliang | A3VDL8JWYKSCDP | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3VDL8JWYKSCDP |
| 146 | XiaoJiangQing Shang | A3VNP6I0N77R61 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3VNP6I0N77R61 |
| 147 | MRGIINRI Clearance Sales Today Deals Prime 2025 | A3VQKTC1EQR50K | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3VQKTC1EQR50K |
| 148 | hengdongzhenyoushangmaoyouxiangongsi | A4U2XT55H3OC4 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A4U2XT55H3OC4 |
| 149 | chengyingdu | A54E7RXZOXMHU | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A54E7RXZOXMHU |
| 150 | yuyonggangcom | A57QCH3PKV3PR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A57QCH3PKV3PR |

| 151 | RuiYinJianZhu ZhuangShi | A5H35IW29J4GN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A5H35IW29J4GN |
| 152 | Liu XuDong | A5ZHW793VIOKS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A5ZHW793VIOKS |
| 153 | aizhou shop | A6XK8IVT0Q9E6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A6XK8IVT0Q9E6 |
| 154 | Hefei Xiongzifan E-commerce Co., Ltd | ABUSKYV37HEQP | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ABUSKYV37HEQP |
| 155 | JUNLinshang | ACQMNS278V3WQ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ACQMNS278V3WQ |
| 156 | HAOYUNLAIO | ACVRHEFOPJS5R | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ACVRHEFOPJS5R |
| 157 | FACH-跟卖必严惩 | AEC7FU4HEWMGO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AEC7FU4HEWMGO |
| 158 | Xiao Chen Huike | AGQ14JTMC1J0L | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AGQ14JTMC1J0L |
| 159 | PiJiang | AK1WK79B9EITL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AK1WK79B9EITL |
| 160 | hdwozes | ALGV3W6SAW7GM | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ALGV3W6SAW7GM |
| 161 | kainin | ALH2X5HCD2V0D | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ALH2X5HCD2V0D |

| 162 | uenrisot | AMI119DTO3KPY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AMI119DTO3KPY |
| 163 | ElectronZC | AMI1EDOEI9O30 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AMI1EDOEI9O30 |
| 164 | ke pai dian zi | AMK684U059KHF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AMK684U059KHF |
| 165 | HH&WHFTLF | AMKS1Z66YVAOJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AMKS1Z66YVAOJ |
| 166 | LWHJA | AMVZOI90YJHTI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AMVZOI90YJHTI |
| 167 | Zhenjun9008 | AOL020A7HJOUF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AOL020A7HJOUF |
| 168 | PPCHVOY | AP6ZBIPS2R9TW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AP6ZBIPS2R9TW |
| 169 | HuiZhouShiZhiLiZhuangShiSheJiYouXianGongSi | APLJK5H7X59T | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=APLJK5H7X59T |
| 170 | qingxuxianfengerjiadianzishangwuyouxiangongsi | APTBZGLDJQQSX | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=APTBZGLDJQQSX |
| 171 | yinzeshanghang | AQOHWDO9VSGTF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AQOHWDO9VSGTF |
| 172 | JZZX01 | AQXP26WY9O6LR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AQXP26WY9O6LR |

| 173 | DoubleLuckyshop-us | ARRHWYZZ9EF1N | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ARRHWYZZ9EF1N |
| 174 | BESIBY-US | ARVTR7ILDGK9K | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ARVTR7ILDGK9K |
| 175 | skronedin | ASC8YQVWTMSIT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ASC8YQVWTMSIT |
| 177 | xinjiasheng888 | AUPW8M8TOLSBD | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AUPW8M8TOLSBD |
| 178 | genmaigenmai001 | AUY4XM6N34JX0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AUY4XM6N34JX0 |
| 179 | five-star general ★ ★ ★ ★ ★(7-14 days fast delivery) | AV586FDY9VI87 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AV586FDY9VI87 |
| 180 | linyuan store | AV6TB009S8Z4U | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AV6TB009S8Z4U |
| 181 | HUOPING | AVHPNWWNYO9HJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AVHPNWWNYO9HJ |
| 182 | shengtianshop | AWGARF8Z7T4NJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AWGARF8Z7T4NJ |
| 183 | kfting | AWREMPQJWXLZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AWREMPQJWXLZ |
| 184 | bO yI jIA | AWZ7PG3PVF9DL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AWZ7PG3PVF9DL |

| 185 | li'gou | AXOAXEAEXR1BZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AXOAXEAEXR1BZ |
| 186 | ShangCaiXianAiChengZhuShangMaoYouXianGongSi | AY2D0FM5X6XLN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AY2D0FM5X6XLN |
| 187 | mjnjjhjihimkkmkmk | AY6PIG8YKNPAV | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AY6PIG8YKNPAV |
| 188 | BIYQFCR-US | AYBAI5YHOZ55X | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AYBAI5YHOZ55X |
| 189 | zhao he shang mao | AYLL099NLYLL0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AYLL099NLYLL0 |
| 191 | (10-14 Days Fast Delivery) Cosrem Co. US-Direct | AZNM4F1Q922BR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AZNM4F1Q922BR |
| 197 | Cattle and Horse Shop | 634418223829969 | https://www.temu.com/cattle-and-horse-shop-m-634418223829969.html?_x_sessn_id=wna3rjfp6p&refer_page_name=bgn_verification&refer_page_id=10017_1748857288073_q3ehp42eyk&refer_page_sn=10017 |

| 198 | Fabric Fable | 634418223929648 | https://www.temu.com/fabric--m-634418223929648.html?goods_id=601101358379916&sticky_type=3&_x_sessn_id=pz3dbymm0j&_x_ads_sub_channel=shopping&_x_ns_prz_type=-1&_x_ns_sku_id=17598543787264&_x_gmc_account=5347809690&_x_login_type=Google&_x_ns_gid=601101165043664&_x_ads_channel=google&_x_vst_scene=adg&refer_page_name=goods&refer_page_id=10032_1748854272665_ikq3pj6myb&refer_page_sn=10032 |
|-----|--------------|-----------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 199 | ESSINTANWP | 7495385486777747588 | https://www.tiktok.com/@seller.7495385486777747588 |
| 200 | TidyAura | 7496185746537744666 | https://www.tiktok.com/@seller.7496185746537744666 |